| | |
|---|---|
| 1 | TODD H. HARRISON, SBN 230542 |
| | BRENNAN S. KAHN, SBN 259548 |
| 2 | JACOB J. LARSEN, SBN 294588 |
| | **PERONA, LANGER, BECK, SERBIN,** |
| 3 | **MENDOZA & HARRISON, APC.** |
| | 300 East San Antonio Drive |
| 4 | Long Beach, California 90807-0948 |
| | (562) 426-6155 Fax (562) 490-9823 |
| 5 | |
| 6 | Attorneys for Plaintiff, MAYRA PONCE |
| 7 | CRAIG G. STAUB, Bar No. 172857 |
| | cstaub@littler.com |
| 8 | DERRICK LAM, Bar No. 275431 |
| | dlam@littler.com |
| 9 | LITTLER MENDELSON, P.C. |
| | 633 West 5th Street |
| 10 | 63rd Floor |
| | Los Angeles, CA  90071 |
| 11 | Telephone:  213.443.4300 |
| | Facsimile:   213.443.4299 |
| 12 | Attorneys for Defendant |
| 13 | MEDICAL EYEGLASS CENTER, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA PONCE, | Case No.  2:15-cv-04035 |
| Plaintiff, | Assigned to Hon. Christina A. Snyder |
| v. | |
| MEDICAL EYEGLASS CENTER, INC., a New Jersey corporation; and DOES 1 through 10, Inclusive, | [**PROPOSED**] PROTECTIVE ORDER |
| Defendant. | Sched. Conf:   None set |
| | Time:                TBD |
| | Courtroom:       5- 2nd Floor |

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MAYRA PONCE, | Case No. 2:15-cv-04035 |
|---|---|
| Plaintiff, | Assigned to Hon. Christina A. Snyder |
| v. | |
| MEDICAL EYEGLASS CENTER, INC., a New Jersey corporation; and DOES 1 through 10, Inclusive, | **PROTECTIVE ORDER** |
| | Sched. Conf: None set |
| Defendant. | Time: TBD |
| | Courtroom: 5- 2nd Floor |

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

1.

## ORDER

Good cause appearing, the terms of the Parties' Stipulation Re Protective Order filed on November 13, 2015 are adopted by the Court. The Parties shall adhere to the terms of the Stipulation Re Protective Order unless modified or otherwise ordered by the Court.

**IT IS SO ORDERED**.

Dated: November 16, 2015

_____
HON. JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE