TODD H. HARRISON, SBN 230542
BRENNAN S. KAHN, SBN 259548
**PERONA, LANGER, BECK, SERBIN,
MENDOZA & HARRISON, APC.**
300 East San Antonio Drive
Long Beach, California 90807-0948
(562) 426-6155   Fax (562) 490-9823

Attorneys for Plaintiff, Mayra Ponce

JS-6

# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA PONCE, an Individual,<br><br>        Plaintiff,<br><br>vs.<br><br>MEDICAL EYEGLASS CENTER, INC., a New Jersey Corporation; and DOES 1 through 10, Inclusive,<br><br>        Defendants. | Case Number: 2:15-cv-04035-CAS-JEM<br><br>*(Assigned to Hon. Christina A. Snyder, U.S. District Judge, and Hon. John E. McDermott, Magistrate Judge, Courtroom 5, 2nd Floor (Los Angeles – Spring Street))*<br><br>[PROPOSED] **ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   April 16, 2015<br>Removed to Fed. Ct.:   May 28, 2015 |

Good cause appearing therefore, **IT IS HEREBY ORDERED** that the above-captioned action and all of the claims alleged therein be and hereby are dismissed with prejudice, in their entirety and as to all current and former defendants, pursuant to *Federal Rules of Civil Procedure,* Rule 41(a)(1).  The Court to retain jurisdiction to enforce the Parties' confidential settlement agreement.

DATED: July 14, 2016

_____
Hon. Christina A. Snyder, Judge